## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREAMS USA, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>HIPPERS.CO,<br><br>                    Defendant. | Case No. 1:25-cv-03860<br><br>~~PROPOSED~~ **ORDER** |

AND NOW, this <u>13th</u> day of <u>  August  </u>, 2025, upon consideration of the Notice of Motion to Withdraw Paige A. Jones as counsel for Plaintiff, ("Motion"), it is **ORDERED** and **DECREED** that the Motion is **GRANTED** and that the Clerk of the Court shall terminate the appearance of Paige A. Jones so that she no longer receives CM/ECF notices. It is further **ORDERED** and **DECREED** that, in accordance with Local Rule 1.4, the Motion need not be served on Dreams.

                                        BY THE COURT:

                                        _____
                                        Edgardo Ramos, U.S.D.J.